USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-1883 SAMSON OMOSEFUNMI, Plaintiff, Appellant, v. CHARLES T. COBB, ETC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Selya and Stahl, Circuit Judges. ____________________ Samson Omosefunmi on brief pro se. Donald K. Stern, United States Attorney, and Rayford A. Farquhar,Assistant U.S. Attorney, on brief for appellees. ____________________ MARCH 17, 1998 ____________________ Per Curiam. Upon careful review of the briefs and record, we conclude that the district court properly dismissed the complaint for the reasons stated in the defendants' motion. We find no merit in appellant's arguments in that regard, and we particularly reject his argument about the finality of his convictions. See White v. Immigration & Naturalization Service, 17 F.3d 475, 479 (1st Cir. 1994).  Affirmed. See 1st Cir. Loc. R. 27.1.